JS 45 (11/2002)

**U.S. District Court**

## Criminal Case Cover Sheet

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:14cr163 |
| County/Parish: | Same Defendant: | New Defendant: Mostafa Ahmed Awwad |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

### Defendant Information:

Juvenile: Yes ☐  No ☒    FBI#

Defendant Name: MOSTAFA AHMED AWWAD    Alias Name(s):

Address: [REDACTED], Yorktown, VA

Birth Date: [REDACTED] 1979  SS#: [REDACTED]-6826  Sex: M  Race:  Nationality: Arab  Place of Birth: Saudi Arabia

Height: 6'2"  Weight: 195  Hair: black  Eyes: brown  Scars/Tattoos:

Interpreter: Yes ☐  No ☒  List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ___ in: ___
☐ Already in State Custody
☒ Arrest Warrant Requested
☐ Arrest Warrant Pending
☐ On Pretrial Release
☐ Fugitive
☒ Detention Sought
☐ Not in Custody
☐ Summons Requested
☐ Bond

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |

### U.S. Attorney Information:

AUSA: Benjamin L. Hatch and Joseph E. DePadilla    Telephone No. 757-441-6331    Bar #:

### Complainant Agency, Address & Phone Number or Person & Title:

SA James Blizter, FBI, Norfolk Field Office, 509 Resource Row, Chesapeake, Virginia 23220

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 22 U.S.C. §§ 2778(b)(2) and (c), and 22 C.F.R. §§ 121.1, 123.1, and 127.1 | Attempted Exportation of Defense Articles and Technical Data | 1 and 2 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |