AO 442 (Rev. 01/09) Arrest Warrant

**ORIGINAL** **SEALED**

FID# 9685741

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Mostafa Ahmed Awwad<br>*Defendant* | Case No. 2:14cr00163 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mostafa Ahmed Awwad,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2:: T. 22, USC 2778(b)(2) and (c), and T. 22 C.F.R 121.1, 123.1, and 127.1 - Attempted Exportation of Defense Articles and Technical Data

Date: 12/03/2014

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/14, and the person was arrested on *(date)* 12/5/14
at *(city and state)* Chesapeake, VA.

Date: 12/5/14

FILED IN OPEN COURT
DEC - 5 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

JAMES A. BLITZER
*Printed name and title*