IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:14cr163 |
| | ) | |
| MOSTAFA AHMED AWWAD, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States Attorney for the Eastern District of Virginia Dana J. Boente, through

Assistant United States Attorneys Benjamin L. Hatch and Joseph E. DePadilla, and Trial Attorney

Heather M. Schmidt hereby provides notice to defendant MOSTAFA AHMED AWWAD and to

the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United

States intends to offer into evidence, or otherwise use or disclose in any proceedings in the

above-captioned matter, information obtained or derived from electronic surveillance and physical

search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as

amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

                                                              Respectfully Submitted,

                                                              Dana J. Boente
                                                              United States Attorney

By:     /s/ _____        By:     /s/ _____
        Benjamin L. Hatch                                Heather M. Schmidt
        Joseph E. DePadilla                              Trial Attorney
        Assistant United States Attorneys                Counterespionage Section
        Attorneys for the United States                  National Security Division
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Phone: 757-441-6331
        Fax: 757-441-6689
        Email:   benjamin.hatch@usdoj.gov
                 joe.depadilla@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2014, I electronically filed the

foregoing Notice of Intent to Use Foreign Intelligence Surveillance Act Information

with the Clerk of Court using the CM/ECF system which will send a notification of such filing

(NEF) to the following:


Keith L. Kimball, Esq.
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, VA    23510


/s/
Benjamin L. Hatch
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757-441-6331
Fax: 757-441-6689
Email: benjamin.hatch@usdoj.gov