AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
__EASTERN__ DISTRICT OF __VIRGINIA__

NORFOLK/NEWPORT NEWS DIVISIONS

MOSTAFA AHMED AWWAD,

    Petitioner,

v.                             Civil Case Number:     2:16cv00643
                               Criminal Case Number: 2:14cr00163

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

[X]    **Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 USC 2255, is DENIED and DISMISSED.

December 30, 2016                       FERNANDO GALINDO, CLERK

                                       By: _____/s/_____
                                       Elaine Cavanaugh
                                       Deputy Clerk